

November 22, 2024

Hon. Judge Cheryl L. Pollak
United States Magistrate Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

RE: **TRIPPETT v. RESCUE SPA NEW YORK, LLC**
**DOCKET NO. 1:24-cv-6882**

Dear Judge Pollak:

    The undersigned Alfred Trippett, the plaintiff in the above-referenced matter. I write to advise the Court that this case has been settled in principle.

    Although the defendant has not formally appeared on the docket, they are currently being represented by Paige Gold, Esq. The parties are currently in the process of finalizing settlement conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.

    Thank you for your time and consideration on this matter.

Respectfully,

Gabriel A. Levy