UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____x

ALFRED TRIPPETT, on behalf of himself and all others similarly situated,

        Plaintiff,

-against-

RESCUE SPA NEW YORK, LLC.,

        Defendants.
_____x

Civil Action No.

1:24-cv-6882

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Alfred Trippett, and Defendant, Rescue Spa New York, LLC, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, each party shall bear its respective fees and costs.

Dated: January 23, 2025

By: */s/ Gabriel Levy*
Gabriel A. Levy, Esq.
   *Attorney for Plaintiff*
Gabriel A. Levy, P.C.
1129 Northern Blvd, Ste 404
Manhasset, NY 11030
T: 347-941-4715
Glevy@glpcfirm.com

By: */s/ David Stein*
David Stein, Esq.
   *Attorneys for Defendant*
Stein & Nieporent LLP
1441 Broadway
Suite 6090
New York, NY 10018
T: 212-308-3444
Dstein@steinllp.com

So Ordered:

_____
KIYO A. MATSUMOTO
United States District Judge
Eastern District of New York

January 23, 2025